# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 18-2464

———————————————

Terrance Schrammen

*Plaintiff - Appellant*

v.

ConAgra Foods, Inc.

*Defendant - Appellee*

————————

Appeal from United States District Court
for the District of Minnesota

————————

Submitted: April 2, 2019
Filed: April 5, 2019
[Unpublished]

————————

Before ERICKSON, WOLLMAN, and KOBES, Circuit Judges.

————————

PER CURIAM.

Terrance Schrammen appeals the district court's[1] adverse grant of summary judgment in his pro se action asserting retaliation claims against his former employer,

———————————

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable David T. Schultz, United States Magistrate Judge for the District of Minnesota.

ConAgra Foods, Inc.  After careful de novo review, we conclude that summary judgment was proper for the reasons stated by the district court.  See Kunferman v. Ford Motor Co., 112 F.3d 962, 965 (8th Cir. 1997) (grant of summary judgment is reviewed de novo; record is reviewed in light most favorable to nonmoving party). Accordingly, we affirm.  See 8th Cir. R. 47B.

_____